IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTI GWEN MIZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-1119-C |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on April 19, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court affirms the Report and Recommendation of the Magistrate Judge (Dkt. No. 15), and for the reasons stated therein, Defendant's Motion to Dismiss (Dkt. No. 9) is GRANTED and this case is dismissed with prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 21st day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge